UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| FOCHT, THOMAS G | ) | CASE NO. 05-77552-MLB |
| FOCHT, ANNETTE M | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE MANUEL BARBOSA
     BANKRUPTCY JUDGE

NOW COMES DANIEL M. DONAHUE, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 15, 2005. DANIEL M. DONAHUE was appointed Trustee on the December 19, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of August 18, 2008 is as follows:

    a.   RECEIPTS (See Exhibit C)               $ 5,640.24
    b.   DISBURSEMENTS (See Exhibit C)       $ 12.68
    c.   NET CASH available for distribution      $ 5,627.56
    d.   TRUSTEE/PROFESSIONAL COSTS:
        1.   Trustee compensation requested    $ 1,314.02
           (See Exhibit E)

|   |   |   |   |
|---|---|---|---|
| 2. | Trustee Expenses (See Exhibit E) | | $ 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | | |
|   | (a.) | MCGREEVY WILLIAMS Attorney for Trustee Fees | $2,800.00 |
|   | (b.) | MCGREEVY WILLIAMS Attorney for Trustee Expenses | $141.93 |

5. The Bar Date for filing unsecured claims expired on June 30, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $4,255.95 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $21,870.43 |
| f. | Surplus return to debtor | $0.00 |
| g. | Interest | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 6.27% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Daniel M. Donahue Trustee | $0.00 | $1,314.02 | $0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| <u>McGreevy Williams</u><br>Attorney for Trustee | $0.00 | $2,800.00 | $141.93 |

9.     A fee of $895.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                  RESPECTFULLY SUBMITTED

DATE: 8/18/08                      /s/ Daniel M. Donahue
                                   DANIEL M. DONAHUE, Trustee
                                   McGREEVY WILLIAMS
                                   P.O. BOX 2903
                                   ROCKFORD, IL  61132-2903
                                   (815) 639-3700
                                   (815) 639-9400

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Ver: 12.63

Case No: 05-77552   MLB   Judge: MANUEL BARBOSA
Case Name: FOCHT, THOMAS G
           FOCHT, ANNETTE M
For Period Ending: 08/19/08

Trustee Name: DANIEL M. DONAHUE
Date Filed (f) or Converted (c): 10/15/05 (f)
341(a) Meeting Date: 12/19/05
Claims Bar Date: 06/30/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 1.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on hand | 2.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking Account | 600.00 | 0.00 | DA | 0.00 | FA |
| 5. Household goods and furnishings | 800.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods and furnishings | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | Unknown | 0.00 | DA | 0.00 | FA |
| 8. Wearing Apparel | Unknown | 0.00 | DA | 0.00 | FA |
| 9. Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 10. Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Personal injury claim | Unknown | 742.08 | | 742.08 | FA |
| 12. Tax Refund | 1,200.00 | 4,811.00 | | 4,811.00 | FA |
| 13. 2000 Toyota Corolla | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 14. 1997 Plymouth Voyager | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 87.16 | FA |
| TOTALS (Excluding Unknown Values) | $196,403.00 | $5,553.08 | | $5,640.24 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 06/01/08

Ex. B.

LFORM1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-77552 -MLB |
| --- | --- |
| Case Name: | FOCHT, THOMAS G |
|  | FOCHT, ANNETTE M |
| Taxpayer ID No: | ******0413 |
| For Period Ending: | 08/19/08 |

| Trustee Name: | DANIEL M. DONAHUE |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******4693 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/06 | 12 | THOMAS G FOCHT  713 S LINDA LN  KINGSTON, IL 60145-8498 | INCOME TAX REFUND | 1124-000 | 4,811.00 | | 4,811.00 |
| 04/28/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.68 | | 4,814.68 |
| 05/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.09 | | 4,818.77 |
| 06/08/06 | 001000 | INTERNATIONAL SURETIES, LTD.  203 CARONDELET ST.  NEW ORLEANS, LA 70130 | BLANKET BOND - #016018067 | 2300-003 | | 3.97 | 4,814.80 |
| 06/08/06 | 001000 | INTERNATIONAL SURETIES, LTD.  203 CARONDELET ST.  NEW ORLEANS, LA 70130 | BLANKET BOND - #016018067  VOID - INCORRECT AMOUNT | 2300-003 | | -3.97 | 4,818.77 |
| 06/12/06 | 001001 | INTERNATIONAL SURETIES, LTD.  SUITE 500  203 CARONDELET ST.  NEW ORLEANS, LA 70130 | Blanket Bond  Bond #016018067 | 2300-000 | | 4.16 | 4,814.61 |
| 06/30/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.96 | | 4,818.57 |
| 07/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.09 | | 4,822.66 |
| 08/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.10 | | 4,826.76 |
| 09/29/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.96 | | 4,830.72 |
| 10/31/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.11 | | 4,834.83 |
| 11/30/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.97 | | 4,838.80 |
| 12/29/06 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.10 | | 4,842.90 |
| 01/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.12 | | 4,847.02 |
| 02/28/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.72 | | 4,850.74 |
| 03/30/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.12 | | 4,854.86 |
| 04/30/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.99 | | 4,858.85 |
| 05/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.13 | | 4,862.98 |
| 06/05/07 | 001002 | INTERNATIONAL SURETIES, LTD.  203 CARONDELET ST., STE. 500  NEW ORLEANS, LA 70130 | Blanket Bond - #016018067  Term: 6/1/07-6/1/08 | 2300-000 | | 4.63 | 4,858.35 |
| | | | | Page Subtotals | 4,867.14 | 8.79 | |

Ex. C

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-77552 -MLB
Case Name: FOCHT, THOMAS G
FOCHT, ANNETTE M
Taxpayer ID No: ******0413
For Period Ending: 08/19/08

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******4693 MONEY MARKET

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.99 | | 4,862.34 |
| 07/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.13 | | 4,866.47 |
| 08/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.13 | | 4,870.60 |
| 09/28/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.10 | | 4,873.70 |
| 10/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 3.10 | | 4,876.80 |
| 11/30/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 2.61 | | 4,879.41 |
| 12/31/07 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 2.33 | | 4,881.74 |
| 01/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 1.93 | | 4,883.67 |
| 02/29/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.16 | | 4,884.83 |
| 03/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.15 | | 4,885.98 |
| 04/30/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.00 | | 4,886.98 |
| 05/30/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.62 | | 4,887.60 |
| 06/04/08 | 001003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | CH. 7 BLANKET BOND - 6/1/08-6/1/09 | 2300-000 | | 3.89 | 4,883.71 |
| 06/13/08 | 11 | LAW OFFICES OF MEYER AND BLUMENSHINE | NET SETTLEMENT PROCEEDS | 1142-000 | 742.08 | | 5,625.79 |
| 06/30/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.64 | | 5,626.43 |
| 07/31/08 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.71 | | 5,627.14 |
| 08/19/08 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.42 | | 5,627.56 |
| 08/19/08 | | Transfer to Acct #******0195 | Final Posting Transfer | 9999-000 | | 5,627.56 | 0.00 |

Page Subtotals 773.10 5,631.45

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 05-77552 -MLB
Case Name: FOCHT, THOMAS G
FOCHT, ANNETTE M
Taxpayer ID No: ******0413
For Period Ending: 08/19/08

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******4693 MONEY MARKET

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | COLUMN TOTALS | | 5,640.24 | 5,640.24 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,627.56 | |
| | | | Subtotal | | 5,640.24 | 12.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,640.24 | 12.68 | |

Page Subtotals  0.00  0.00

Ver: 12.63

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No: 05-77552 -MLB
Case Name: FOCHT, THOMAS G
FOCHT, ANNETTE M
Taxpayer ID No: ******0413
For Period Ending: 08/19/08

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******0195 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/08 | | Transfer from Acct #*******4693 | Transfer In From MMA Account | 9999-000 | 5,627.56 | | 5,627.56 |

COLUMN TOTALS                          5,627.56         0.00
  Less: Bank Transfers/CD's            5,627.56         0.00
Subtotal                                   0.00         0.00
  Less: Payments to Debtors                              0.00
Net                                        0.00         0.00

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******4693 | 5,640.24 | 12.68 | 0.00 |
| GENERAL CHECKING - *******0195 | 0.00 | 0.00 | 5,627.56 |
| | 5,640.24 | 12.68 | 5,627.56 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          5,627.56          0.00

Ver: 12.63
LFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| FOCHT, THOMAS G | CASE NO. 05-77552-MLB |
| FOCHT, ANNETTE M | |
| Debtor(s). | HON. MANUEL BARBOSA |

**PROPOSED DISTRIBUTION REPORT**

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,255.95 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $1,371.61 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$5,627.56** |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $4,255.95 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue<br>Trustee Compensation | $1,314.02 | $1,314.02 |
| | McGreevy Williams<br>Attorney for Trustee Fees | $2,800.00 | $2,800.00 |
| | McGreevy Williams<br>Attorney for Trustee Expenses | $141.93 | $141.93 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 21,870.43 | 6.27 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 000001 | World Financial Network National Bank<br>General Unsecured 726 | $518.62 | $32.53 |
| 000002 | Target National Bank (F.K.A. Retail<br>General Unsecured 726 | $2,357.91 | $147.88 |
| 000003 | Charming Shoppes Fashion Bug<br>General Unsecured 726 | $1,368.61 | $85.83 |
| 000004 | Kohl's Department Store<br>General Unsecured 726 | $2,544.66 | $159.59 |
| 000007 | Household Finance Corporation<br>General Unsecured 726 | $15,080.63 | $945.78 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 8/18/08                                                /s/   Daniel   M.   Donahue,   Trustee

**Summary of Professional Fees**

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---:|---:|---:|
| Trustee's Attorney | | | | |
| McGreevy Williams | *Fees* | $0.00 | $2,800.00 | $2,800.00 |
| | *Expenses* | $0.00 | $141.93 | $141.93 |
| Law Offices of Meyer & Blumenshine | *Fees* | $6,666.67 | $0.00 | $6,666.67 |
| | *Expenses* | $91.25 | $0.00 | $91.25 |
| Trustee's Accountants | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| Other Professionals | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $6,666.67 | $2,800.00 | $9,466.67 |
| | *Expenses* | $91.25 | $141.93 | $233.18 |
| | | $6,757.92 | $2,941.93 | $9,699.85 |

**Exhibit G**