Case Name: FOCHT, THOMAS G.
           FOCHT, ANNETTE M.
Case No:    05-77552

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: September 2, 2008        WILLIAM T. NEARY
                                              United States Trustee, Region 11

                                      BY:    */s/ Carole J. Ryczek*
                                                  CAROLE J. RYCZEK
                                                  Attorney for the U.S. Trustee