UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| FOCHT, THOMAS G | ) | CASE NO. 05-77552-MLB |
| FOCHT, ANNETTE M | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 211 South Court Street, Rockford, Illinois

    On: Monday , September 22, 2008       Time: 9:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $5,640.24 |
    | Disbursements | $12.68 |
    | Net Cash Available for Distribution | $5,627.56 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $1,314.02 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $2,800.00 | $141.93 |
    | Law Offices of Meyer & Bluenshine<br>*Attorney for Trustee* | $6,666.67 | $0.00 | $91.25 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $21,870.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.2698%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $518.62 | $32.53 |
| 2 | Target National Bank (F.K.A. Retail | $2,357.91 | $147.88 |
| 3 | Charming Shoppes Fashion Bug | $1,368.61 | $85.83 |
| 4 | Kohl's Department Store | $2,544.66 | $159.59 |
| 7 | Household Finance Corporation | $15,080.63 | $945.78 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $190,000.00 |
| Cash on hand | $1.00 |
| Cash on hand | $2.00 |

| | |
|---|---:|
| Checking Account | $600.00 |
| Household goods and furnishings | $800.00 |
| Household goods and furnishings | $0.00 |
| Wearing Apparel | $0.00 |
| Wearing Apparel | $0.00 |
| Jewelry | $300.00 |
| Term life insurance | $0.00 |
| 2000 Toyota Corolla | $1,500.00 |
| 1997 Plymouth Voyager | $2,000.00 |

Dated: August 29, 2008                         /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3              User: lorsmith              Page 1 of 1              Date Rcvd: Sep 03, 2008
Case: 05-77552                    Form ID: pdf002             Total Served: 28

The following entities were served by first class mail on Sep 05, 2008.
db          +Thomas G Focht,    713 S. Linda Lane,    Kingston, IL 60145-8498
jdb         +Annette M Focht,    713 S. Linda Lane,    Kingston, IL 60145-8498
aty          Daniel M Donahue,    P. O. Box 2903,    Rockford, IL 61132-2903
aty         +Jeffrey A Bivens,    Jeffrey A. Bivens, PC,    5844 Elaine Drive,    Rockford, IL 61108-2494
tr           Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
10360401    +Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
10360402     Capital One,    PO Box 85147,    Richmond, VA 23285-5147
10696480    +Charming Shoppes Fashion Bug,    c/o First Express,    POB 856021,    Louisville KY 40285-6021
10360403     Chase Manhattan Mortgage,    P.O. Box 9001319,    Louisville, KY 40290-1319
10360405    +Fashion Bug,    PO Box 8500-50920,    Philadelphia, PA 19178-0001
10360404     Fashion Bug,    P.O. Box 856021,    Louisville, KY 40285-6021
10360406    +Household Finance,    P.O. Box 17547,    Baltimore, MD 21297-1547
11010872     Household Finance Corporation,    841 Seahawk Circle,    POB 8873,    Virginia Beach VA 23450-8873
10766223     Household Finance Corporation,    by eCAST Settlement Corp as its agent,    POB 35480,
              Newark, NJ 07193-5480
10360407    +Household Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
10724139     JP Morgan Chase Bank,    POB 3155,    Attn: Bankruptcy Dept.,    Milwaukee WI 53201-3155
10360408    +Kohl's,    PO Box 3004,    Milwaukee, WI 53201-3004
10360409    +Kohl's,    c/o Falls Collection Service,    PO Box 668,    Germantown, WI 53022-0668
10704519    +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10360410    +Lane Bryant,    c/o World Financial Network,    PO Box 182125,    Columbus, OH 43218-2125
10360412     Providian,    P.O. Box 660548,    Dallas, TX 75266-0548
10360411     Providian,    1100 E. Arbrook Blvd.,    Arlington, TX 76014-3341
10360413     Target,    c/o Retailers National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
10360414     Target,    c/o Retailers National Bank,    PO Box 0102,    Minneapolis, MN 55440-0102
10680135    +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10678942    +World Financial Network National Bank,    Lane Bryant Retail,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11006070     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
11015590     eCAST Settlement Corporation assignee of,    Household Finance Corporation,    POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 05, 2008**           **Signature:** _Joseph Speetjens_